IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY JONES,
    Plaintiff,

vs.                               CASE NO.: 3:09cv540/MCR/MD

DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
_____/

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 4, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion to dismiss (doc. 5) is GRANTED.

3. All pending motions are DENIED AS MOOT.

4. This case is dismissed without prejudice and the clerk is directed to close the file.

DONE AND ORDERED this 3rd day of February, 2010.

                                          s/ *M. Casey Rodgers*
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE